STATE v. YANCEY

No. 20P03

Case below: 155 N.C. App. 609

Motion by Attorney General for temporary stay allowed 17 January 2003. Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Petition by the Attorney General for writ of supersedeas denied 27 February 2003. Temporary stay dissolved 27 February 2003.

STATE ex rel. PILARD v. BERNINGER

No. 654P02

Case below: 154 N.C. App. 45

Petition by defendant (Blanca R. Berninger) for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE PROPS., LLC v. RAY

No. 98P03

Case below: 155 N.C. App. 65

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Motion by plaintiff to expedite determination of petition for discretionary review dismissed 27 February 2003.

STEPHENSON v. BARTLETT

No. 94PA02-2

Case below: Johnston County Superior Court

Motion by plaintiffs for leave to withdraw appeal allowed 10 January 2003. Justice Orr recused.

SWISHER v. BOARD OF ADJUST. OF GREENSBORO

No. 219P02

Case below: 149 N.C. App. 234

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Justice Edmunds recused.